Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| JESUS SALVADOR MUNOZ LOPEZ, | Case No. 2:26-cv-00229-RSL |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| JOSEPH B. EDLOW, et al., | |
| Defendants. | |

Plaintiff Jesus Salvador Munoz Lopez hereby informs the Court that on June 2, 2026, U.S. Citizenship and Immigration Services (USCIS) granted Mr. Munoz Lopez's motion to reopen and reconsider the denial of his Application for Certificate of Citizenship on Form N-600. Accordingly, USCIS has determined that Mr. Munoz Lopez acquired U.S. citizenship at birth under 8 U.S.C. § 1401(g).

USCIS scheduled an oath ceremony for June 22, 2026, but it was canceled because Mr. Munoz Lopez is detained at the Lynnwood Municipal Jail. The parties, through counsel, have agreed that Mr. Munoz Lopez will notify USCIS upon his release from criminal custody and that USCIS will then schedule an oath ceremony, at which point he will also receive his Certificate of Citizenship.

STIP. OF DISMISSAL – 1
Case No. 2:26-cv-00229-RSL

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Accordingly, the parties hereby stipulate to dismiss the matter.

Respectfully submitted this 1st day of July, 2026.

s/ Matt Adams
Matt Adams, WSBA No. 28287

s/ Leila Kang
Leila Kang, WSBA No. 48048

Northwest Immigrant Rights Project
615 Second Ave., Ste 400
Seattle, WA 98104
(206) 957-8611
*Attorneys for Plaintiff*

/s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
*Attorney for the United States*

**ORDER**

The parties having stipulated and agreed, IT IS SO ORDERED.

DATED this ___6th___ day of ____July____, 2026.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIP. OF DISMISSAL – 2
Case No. 2:26-cv-00229-RSL